176 A.3d 223

IN THE MATTER OF THE APPLICATION OF THE TOWNSHIP OF SOUTH BRUNSWICK, COUNTY OF MIDDLESEX.

M–450/453 September Term 2017
080180

December 8, 2017

ORDER

It is ORDERED that the motion of the Township of South Brunswick motion for permission to rely on the South Brunswick Township Planning Board's Appellate Division brief, and alternative requested relief (M–453) is granted in part, only to allow movant to rely on the Planning Board's Appellate Division brief; and it is further

ORDERED that the motion for leave to appeal (M–450) is denied.